**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000549
06-AUG-2025
08:18 AM
Dkt. 100 OGMD

NO. CAAP-24-0000549

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CELESTE M. GONSALVES, Plaintiff-Appellant, v.
G. TODD WITHY, ESQ., Defendant-Appellee.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CCV-21-0001444)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Hiraoka, and Guidry, JJ.)

Upon consideration of self-represented Plaintiff-Appellant Celeste M. Gonsalves' (**Gonsalves**) July 25, 2025 "Motion to Dismiss Appeal Pursuant to HRAP 26(b) & 4(a)(1)," which the court construes as a motion to dismiss appeal (**Motion**), the papers in support, and the record, it appears that (1) the Motion states that Gonsalves requests to dismiss the appeal, and (2) Defendant-Appellee G. Todd Withy filed a statement of no position on the Motion.

Therefore, IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed. The parties shall bear their own fees and costs.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawaiʻi, August 6, 2025.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge